UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM WEBB,

      Plaintiff,

vs.

Case No. 8:14-cv-00212 EAK TBM

VANTIUM CAPITAL, INC. d/b/a STRATEGIC
RECOVERY GROUP,

      Defendant

                                       /

## NOTICE OF NAME CHANGE BY DEFENDANT, VANTIUM CAPITAL, INC., F/D/B/A STRATEGIC RECOVERY GROUP, LLC., N/K/A CLEARSPRING LOAN SERVICES, INC.

PLEASE TAKE NOTICE that as of July 1, 2014, Defendant Vantium, Capital, Inc., d/b/a Strategic Recovery Group, LLC., has changed its name to ClearSpring Loan Services, Inc. f/k/a Vantium Capital, Inc., f/d/b/a Strategic Recovery Group.

                                                *s/ Barbara Fernandez*
                                                Barbara Fernandez
                                                Florida Bar No. 0493767
                                               bfernandez@hinshawlaw.com
                                               HINSHAW & CULBERTSON LLP
                                               2525 Ponce de Leon Blvd.
                                               4th Floor
                                               Coral Gables, FL 33134
                                               Telephone: 305-358-7747
                                               Facsimile:  305-577-1063
                                               Attorneys for Defendant CLEARSPRING LOAN SERVICES, LLC, f/k/a VANTIUM CAPITAL, INC. f/d/b/a STRATEGIC RECOVERY GROUP

14997091v1 0956067

Case No. 8:14-cv-00212 EAK TBM

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Vitoria, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street
7th FL
Tampa, FL  33602
Tel:  813-223-5505
Fax:  813-223-5402
MVitoria@forthepeople.com

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant CLEARSPRING LOAN SERVICES, LLC, f/k/a VANTIUM CAPITAL, INC. f/d/b/a STRATEGIC RECOVERY GROUP

14997091v1 0956067