UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM WEBB,

    Plaintiff,

vs.                                    Case No. 8:14-cv-00212 EAK TBM

VANTIUM CAPITAL, INC. d/b/a STRATEGIC
RECOVERY GROUP,

    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff, WILLIAM WEBB and Defendant, VANTIUM CAPITAL, INC. d/b/a STRATEGIC RECOVERY GROUP, hereby give notice that the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                *s/ Barbara Fernandez*
                                                Barbara Fernandez
                                                Florida Bar No. 0493767
                                                bfernandez@hinshawlaw.com
                                                HINSHAW & CULBERTSON LLP
                                                2525 Ponce de Leon Blvd.
                                                4th Floor
                                                Coral Gables, FL 33134
                                                Telephone: 305-358-7747
                                                Facsimile:  305-577-1063
                                                Attorneys for Defendant VANTIUM CAPITAL, INC. d/b/a STRATEGIC RECOVERY GROUP

Case No. 8:14-cv-00212 EAK TBM

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Vitoria, Esq.
Morgan & Morgan, P.A.
201 N. Franklin Street
7th FL
Tampa, FL  33602
Tel:  813-223-5505
Fax:  813-223-5402
MVitoria@forthepeople.com
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant VANTIUM CAPITAL, INC. d/b/a STRATEGIC RECOVERY GROUP